FILED

OCT 03 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Lopez | ) Case No. EP:11-M-04844-DCG |
|  | ) |
|  | ) 2329 |
|  | ) BG |
| Defendant(s) |   GG/Jm |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2011__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1073 | move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of the State of Texas, for crimes which are felony offenses under the laws of the State of Texas. |

This criminal complaint is based on these facts:
See the attached Probable Cause Statement hereby incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Wesley A. Tidwell, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/03/2011__

_____
Judge's signature

City and state: __El Paso, Texas__     David C. Guadarrama, U.S. Magistrate Judge
Printed name and title

PROBABLE CAUSE STATEMENT

1.      I, Wesley A. Tidwell, hereinafter referred to as Complainant, am a Special Agent for the Federal Bureau of Investigation, and am assigned to investigate violations of Federal Criminal Law, including Flight to Avoid Prosecution, do hereby state:

2.      On August 25, 2011, Complainant learned that an arrest warrant was issued by the State of Texas for Jose Lopez on June 24, 2011. Lopez was indicted on three counts of aggravated sexual assault of a child and two counts of indecency with a child - sexual assault, both of which constitute felony offenses in the State of Texas. From the investigation conducted by the El Paso Police Department, it is believed that Lopez, a native of Mexico, fled to that country.

3.      On September 14, 2011, the El Paso District Attorney's Office requested, in writing, federal assistance in locating and arresting Lopez as it is believed that he has fled the state of Texas with the intent to avoid prosecution. The El Paso County Sheriff's Office will extradite Lopez upon his arrest.

4.      On October 3, 2011, the aforementioned facts were presented to Assistant United States Attorney (AUSA) Steve Jurecky, Western District of Texas, El Paso, Texas. AUSA Jurecky authorized the filing of this complaint charging Lopez with violation of Title 18, United States Code, Section 1073, Flight to Avoid Prosecution.